# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel* **TERRY JACKSON**, : *Plaintiff* : : **v.** : : **BAKER'S BAY NURSING HOME ASSOCIATES, L.P**, *d/b/a Rivers Edge* and **DEPAUL HEALTHCARE, L.P.**, : *Defendant* : | CIVIL ACTION NO. 2:15-cv-00020-ER |

## NOTICE OF DISMISSAL

Relator, Terry Jackson by and through undersigned counsel, Bochetto & Lentz, P.C., hereby dismisses all causes of action in its Complaint <u>with prejudice</u>. United States of America dismisses all causes of action in Relator's Complaint <u>without prejudice</u>.

Respectfully submitted,

**BOCHETTO & LENTZ, P.C.**

By:   s/ Bryan R. Lentz
Bryan R. Lentz, Esquire
**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900

*Attorney for Terry Jackson*

Dated:  January 15, 2021